# Exhibit 1

| | |
|---|---|
| **From:** | Sanjay Pant <spant@ip-edge.com> |
| **Sent:** | Wednesday, July 17, 2019 10:57 AM |
| **To:** | Hare, Jaspal |
| **Cc:** | info admin |
| **Subject:** | ▇▇▇ Opportunity |

Hi Jaspal,

I just spoke with ▇▇. I explained to him that you are willing to work up the case to present to your funder buddy, with no commitment or obligation to use your firm as litigation counsel and your funder buddy as a funder. However, ==if we did use your funder buddy to fund litigation, as a result of your efforts, then we would agree to use your firm as litigation counsel==, assuming your firm+funder rates made sense. However, there is no commitment to use your funder or your firm.

Let me know what you need from me to advance the ball.

Regards,
Sanjay