AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:22-CV-00189-JRG-RSP

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **SANJAY PANT**
was recieved by me on *(date)*   6/13/2022

☐ I personally served the summons on the individual at *(place)*   on *(date)*   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*, a person of suitable age and discretion who resides there, on *(date)*, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*, who is designated by law to accept service of process on behalf of *(name of organization)*   on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

Served 6/13/22 via USPS Certified Mail - Return Receipt Requested. Tracking number 7001 2510 0005 9929 3719

My fees are $ 0 for travel and $ 35.00 for services, for a total of $ 35.00.

I declare under penalty of perjury that this information is true.

Date:   6/13/22

Server's signature

**Brian Riebel**
Printed name and title

227 W. Monroe St.
21st Floor
Chicago, IL 60606

Server's address

service, etc:

tracking number 7001 2510 0005 9929 3719

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.96 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.96 |

Postmark Here

6/13/22

Sent To: SANJAY PANT
Street, Apt. No.; or PO Box No.: 435 N COUNTY LINE RD.
City, State, ZIP+4: HINSDALE IL 60521

Tracking #: 0088376942