IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JASPAL SINGH HARE, | § |
| *Plaintiff,* | § § § |
| v. | §  Civil Action No. 2:22-cv-00189-JRG-RSP |
| SANJAY PANT, | § § § |
| *Defendant.* | § |

## ORDER

Having considered arguments of counsel:

It is hereby ORDERED that Defendant, Sanjay Pant and/or IP Edge LLC produce the unredacted, fully executed Settlement Agreement in *Garrity Power Services LLC v. Samsung Electronics Co. Ltd. et al.*, Civil Action No. 2:20-cv-00269 in their possession, custody or control, and documents sufficient to evidence how, and to whom, the settlement funds were distributed, including but not limited to the Engagement Agreement between IP Edge LLC and Garrity Power Services LLC, subject to the Protective Order, Dkt. No. 19, in the above captioned action ten days from the date this Order is signed.

Any entity claiming a privacy interest in the settlement agreement may object to this Order within the ten day period prior to production.

**SIGNED this 16th day of March, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE