IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JASPAL SINGH HARE, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | CIVIL ACTION NO. 2:22-CV-00189-JRG-RSP |
| SANJAY PANT, | § § § | |
| *Defendant.* | § | |

## ORDER

Defendant Sanjay Pant previously filed a Motion to Dismiss (Dkt. No. 11). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 40), recommending denial of Defendant's Motion to Dismiss. Given that no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss (Dkt. No. 11) is **DENIED**.

**So ORDERED and SIGNED this 29th day of August, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE